

ROSS S. ENDERS
Direct: (908) 751-5941
renders@sessions-law.biz

February 11, 2013

**VIA ECF FILING**

Honorable L. Felipe Restrepo
United States District Court
Eastern District of Pennsylvania
601 Market Street
Room 2609
Philadelphia, PA 19106-1797

      Re:    William and Catherine Morrissey v. NCO Financial Systems, Inc.
              Civil Case No.: 2:12-cv-05003-TJS

Dear Judge Restrepo:

    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. represents Defendant NCO Group, Inc. in the above-referenced matter. Please be advised Plaintiffs have reached a settlement with Defendant. Please mark this matter as settled.

    Should you have any questions, please do not hesitate to contact me.

                            Respectfully Submitted,
                            /s/ Ross S. Enders
                            Ross S. Enders

RSE:ked
cc: Erin Amanda Novak, Esq. (Via ECF Filing)