# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MORRISSEY and** | : | **CIVIL ACTION** |
| **CATHERINE MORRISSEY** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NCO FINANCIAL SYSTEMS, INC.** | : | **NO. 12-5003** |

## ORDER

**AND NOW**, this 12th day of February, 2013, it having been reported that the issues between the parties in this action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.